## WARNER vs. MORIN.

The supreme court will not consider any thing as a ground for reviewing a proceeding or judgment of the circuit court which has not been finally passed upon by that court, either in a motion for a new trial, if the alleged error has relation to proceedings during the trial, or in arrest of judgment of relating to the pleadings.

| | |
|---|---|
| 13a | 455 |
| 54a | 238 |
| 13a | 455 |
| 120 | 134 |
| 13 | 455 |
| 123 | 198 |
| 13a | 455 |
| 126 | 228 |
| 13 | 455 |
| Case 1 | |
| 167 | 547 |

APPEAL from Clinton Circuit Court.

Judge BIRCH, delivered the opinion of the court.

It is unnecessary to further state the nature or condition of this case, than that as the counsel for the appellee has made the point so often passed upon by this court, its judgment must be rendered accordingly. Our jurisdiction of the case being appellate; (purely,) we are of course unauthorized to consider anything as a ground for reviewing a proceeding or a judgment here, which was not brought properly to the notice, and hence not finally passed upon by the court below, either in the motion for a new trial, if the alleged errors have relation to proceedings during the trial, or in arrest of judgment if going to the pleadings.

The judgment of the court below is therefore left unreviewed, and consequently affirmed.